**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

In the Matter of the Care and Treatment of James A. Miller, Appellant.

Appellate Case No. 2013-000533

---

Appeal From Greenville County
Letitia H. Verdin, Circuit Court Judge

---

Unpublished Opinion No. 2014-UP-316
Submitted July 1, 2014 – Filed August 6, 2014

---

**APPEAL DISMISSED**

---

Elizabeth Patterson Wiygul, of Greenville, for Appellant.

Senior Assistant Deputy Attorney General Deborah R.J. Shupe, of Columbia, for Respondent.

---

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.

**APPEAL DISMISSED.**

**HUFF, THOMAS, and McDONALD, JJ., concur.**